UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                            CASE NO.:  21-19589-LMI
                                                                                          Chapter   13
CARLOS ALBERTO ALONSO CANO,

_____Debtor._____/

## NOTICE OF FILING ORDER GRANTING COSTS

Creditor **245 C & C, LLC**, by and through the undersigned attorney, hereby provides notice of filing the attached **Order Granting Costs** against the Debtor in his FHA lawsuit against the Creditor in Case #1:19-cv-21826-JAL, Southern District of Florida as well as a breakdown of the pre-petition and post-petition portion of those costs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Filing was served this 28th day of September, 2023 via electronic service through **CM/ECF** to Patrick L Cordero, Esq on behalf of Debtor Carlos Alberto Alonso Cano at ecfmail@pcorderolaw.com, r93260@notify.bestcase.com, to Nancy K. Neidich at e2c8f01@ch13miami.com, ecf2@ch13miami.com, and to the Office of the US Trustee at USTPRegion21.MM.ECF@usdoj.gov.

                                                                Advantage Law Group, P.A.
                                                                950 S. Pine Island Road, Suite A150
                                                                Plantation, FL 33324
                                                                Phone:  954-727-8133

                                                                By:___*/s/David C. Savitt*___
                                                                      David C. Savitt, Esq.
                                                                      Florida Bar No.: 57081
                                                                      davsav@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21826-CIV-LENARD/DAMIAN

**CARLOS A. ALONSO CANO, individually and as guardian for his son,** ███████
███████████████████████████
███████████████████ **individually,**

    Plaintiffs,

v.

**245 C & C, LLC and CFH GROUP, LLC,**

    Defendants.
_____/

**OMNIBUS ORDER GRANTING DEFENDANTS' MOTION FOR AWARD OF TAXABLE COSTS (D.E. 692) AND DISMISSING PLAINTIFFS' MOTION FOR NEW TRIAL (D.E. 695)**

**THIS CAUSE** is before the Court on Defendants 245 C & C, LLC and CFH Group, LLC's (together, "Defendants") Verified Motion for Award of Taxable Costs Under 28 U.S.C. § 1920 ("Motion for Costs," D.E. 692) and attached Exhibits (D.E. 692-1 through 692-4), filed August 17, 2023. Plaintiffs Carlos A. Alonso Cano, ███████
███████████████████████████████████████████ (together, "Plaintiffs") did not file a response to the Motion for Costs; however, they filed a Corrected Motion for New Trial ("Motion for New Trial," D.E. 695) on September 11, 2023. Upon review of the Motions and the record, the Court finds as follows.

**I.**     **Motion for Costs**

The Court first notes that Plaintiffs filed a Notice of Appeal (D.E. 683) on July 24, 2023, following a bench trial on Counts One and Three of the Second Amended Complaint.[1] "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (citations omitted). The district court nonetheless "has discretion to entertain motions for fees and costs, defer ruling on the motions, or deny the motions without prejudice to refile after the conclusion of the appeal." Padron v. Casablanca Fish Mkt., Inc., No. 15-21644-CIV, 2018 WL 1894714, at *3 (S.D. Fla. Jan. 29, 2018). Here, the Court finds that it should exercise its discretion and rule on the Motion for Costs without waiting for the appeal to conclude.

In its Motion for Costs, Defendants seek a total of $38,412.90 in taxable costs. As stated, Plaintiffs did not file a response. Pursuant to Local Rule 7.1(c)(1): "For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after filing and service of the motion. <u>Failure to do so may be deemed sufficient cause for granting the motion by default</u>." (Emphasis added.)

---

[1] The Second Amended Complaint contained nineteen Counts. (D.E. 92.) The Court previously dismissed Counts Two, Six, Seven, Eight, Seventeen, Eighteen, and Nineteen with prejudice for failure to state claims upon which relief can be granted, (D.E. 90); dismissed Count Sixteen with prejudice as an impermissible shotgun pleading, (D.E. 438); granted Defendants' Motion for Judgment on the Pleadings as to Counts Thirteen and Fifteen, (id.); and granted Defendants' Motion for Summary Judgment as to Counts Four, Five, Nine, Ten, Eleven, Twelve, and Fourteen, (D.E. 555).

Here, Plaintiffs failed to file an opposing memorandum within the time limit established by the Local Rule. Consequently, Defendants' Motion for Costs is **GRANTED BY DEFAULT**. See Lehrfield v. Liberty Mut. Fire Ins. Co., Case No. 18-23218-Civ-SCOLA/TORRES, 2019 WL 7371824, at *2 (S.D. Fla. Oct. 30, 2019) (granting by default the defendant's motion for bill of costs pursuant to Local Rule 7.1(c) because the plaintiff failed to respond to the motion); Ferguson v. Akima Global Servs., LLC, CASE NO. 16-24075-CIV-LENARD/WHITE, 2018 WL 11352587, at *1 (S.D. Fla. May 1, 2018) (same).

Alternatively, the Motion is **GRANTED ON THE MERITS**. Rule 54(d) provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party." Fed. R. Civ. P. 54(d). Under 28 U.S.C. § 1920: "A judge or clerk of any court of the United States may tax as costs . . . (2) [f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case; . . . [and] (4) the costs of making copies of any materials where the copies are necessarily obtained for use in the case[.]" 28 U.S.C. § 1920.

Here, following a bench trial, the Court entered Final Judgment (D.E. 679) in favor of Defendants and against Plaintiffs on all Counts contained in the Second Amended Complaint. Therefore, the Court finds that Defendants are the prevailing party in this matter. See Breaux v. NCL (Bahamas) Ltd., CASE NO. 20-cv-21226-ALTMAN/REID, 2022 WL 5246724, at *2 (S.D. Fla. Sept. 21, 2022) ("Defendant is the prevailing party because its Motion for Summary Judgment was granted, and final judgment entered in its favor.).

Defendants seek $38,412.90 in fees for service of the summons and subpoena, printed or electronically recorded transcripts necessarily obtained for use in the case, fees for witnesses, fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case, and compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828. (Bill of Costs, D.E. 692-1 at 2). The Court finds that these are taxable costs under Section 1920. See Breaux, 2022 WL 5246724, at *3 (finding that fees for transcripts used to support a motion for summary judgment were taxable costs); Helms v. Wal-Mart Stores, Inc., 808 F. Supp. 1568, 1570-71 (N.D. Ga. 1992) (finding that costs to obtain medical records were taxable costs). Therefore, the Court grants the Motion for Costs on the merits. See Ferguson, 2018 WL 11352587, at *1 (granting by default and, alternatively, on the merits, the defendant's motion for bill of costs).

**II.     Motion for New Trial**

As discussed, Plaintiffs filed a Notice of Appeal on July 24, 2023. The Notice of Appeal encompasses nearly all trial and pretrial rulings by the Court. Specifically, Plaintiffs appeal the Court's Orders at D.E. 180, 555, 557, 583, 585, 598, 603, 604, 613, 678, and 679. (See, Notice of Appeal at 1). In their Motion for New Trial, Plaintiffs challenge the Court's Findings of Fact and Conclusions of Law (D.E. 678). As such, the Court lacks subject matter jurisdiction to decide the Motion for New Trial as it involves "aspects of the case involved in the appeal." Griggs, 459 U.S. at 58.

Accordingly, it is **ORDERED AND ADJUDGED** that:

**1.** Defendants 245 C & C, LLC and CFH Group, LLC's Verified Motion for Award of Taxable Costs Under 28 U.S.C. § 1920 **(D.E. 692)** is **GRANTED**; and

**2.** Defendants 245 C & C, LLC and CFH Group, LLC shall have and receive from Plaintiffs Carlos A. Alonso Cano, Angie Alonso Morejon, Katy Alonso Morejon, Jany Leidy Alonso Morejon, and Fe Morejon Fernandez **$38,412.90** in taxable costs, for which sum let execution issue.

**3.** Plaintiffs' Motion for New Trial **(D.E. 695)** is **DISMISSED** for lack of subject matter jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of September, 2023.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT "B"

# COSTS INCURRED PRE-PETITION

**COSTS INCURRED PRE PETITION**

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Subpoenas** | A.1 | 10/13/19 | 10/28/19 | Amanda Ortiz [Invoice #JGR-2019015766] | $55.00 [Check #013477] |
|  | A.2 | 10/24/19 | 10/28/19 | Tairys Payan [Invoice #JGR-2019015787] | $110.00 [Check #013478] |
|  | A.3 | 1/7/20 | 1/20/20 | Excellent Home Care Givers, Inc. [Invoice #JGR-2019018989] | $110.00 - $45.00 = **$65.00** [Check #013507] |
|  | A.4 | 3/17/20 | 3/25/20 | Providence Healthcare Services, Inc. [Invoice #JGR-2020004022] | $55.00 [Check #013535] |
|  | A.5 | 3/18/20 | 3/25/20 | Andrew D. Brown, M.D. [Invoice #JGR-2020004024] | $110.00 [Check #013534] |
|  | A.6 | 3/18/20 | 3/25/20 | Annette Fornos, M.D. [Invoice #JGR-2020004023] | $110.00 [Check #013533] |
|  | A.7 | 3/19/20 | 3/25/20 | Agency for Persons with Disabilities [Invoice #JGR-2019018990] | $110.00 - $45.00 = **$65.00** [Check #013538] |
|  | A.8 | 3/24/20 | 3/25/20 | City of Hialeah Code Enforcement Dept. [Invoice #JGR-2020004508] | $55.00 [Check #013537] |
|  | A.9 | 3/24/20 | 3/25/20 | City of Hialeah Fire Dept. [Invoice #JGR-2020004509] | $110.00 [Check #013536] |

| | | | | |
|---|---|---|---|---|
| | A.10 | 3/31/20 | 5/11/20 | Andrew D. Brown, M.D. [Invoice #JGR-2020004507] | $55.00 [Check #013557] |
| | A.11 | 4/20/20 | 5/11/20 | Annette Fornos, M.D. [Invoice #JGR-2020005343] | $110.00 - $45.00 = **$65.00** [Check #013559] |
| | A.12 | 4/20/20 | 5/11/20 | Corneliu Lucas, M.D. [Invoice #JGR-2020005323] | $55.00 [Check #013558] |
| | A.13 | 4/24/20 | 5/11/20 | City of Hialeah Police Dept. [Invoice #JGR-2020004506] | $55.00 [Check #013560] |
| | A.14 | 5/18/20 | 5/18/20 | Nani Solares, MS, LMHC [Invoice #JGR-2020005322] | $110.00 [Check #013566] |
| | A.15 | 7/22/20 | 7/28/20 | Jessica Altamirano, M.D. [Invoice #JGR-2020007018] | $55.00 [Check #013594] |
| | A.16 | 7/23/20 | 7/27/20 | Superior Life Management Care, Inc. [Invoice #JGR-2020008021] | $110.00 - $45.00 = **$65.00** [Check #013586] |
| | A.17 | 7/23/20 | 7/27/20 | Superior Life Management Care, Inc. [Invoice #JGR-2020008022] | $25.00 [Check #013587] |
| | A.18 | 8/5/20 | 7/28/20 | Jessica Altamirano, M.D. [Invoice #JGR-2020008149] | $110.00 - $45.00 = **$65.00** [Check #013597] |

Page **2** of **6**

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
|  | A.19 | 8/27/20 | 10/5/20 | Michael Hoffer, M.D. [Invoice #JGR-2020008559] | $110.00 [Check #013624] |
|  | A.20 | 9/1/20 | 9/17/20 | Reynold Duarte Martinez, M.D. [Invoice #JGR-2020009087] | $55.00 [Check #013615] |
|  | A.21 | 9/9/20 | 10/5/20 | Molly Smeal, Au.D. [Invoice #JGR-2020009303] | $55.00 [Check #013624] |
|  |  |  |  |  | **$1,505.00** |

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Court Reporter** | B.1 | 2/12/20 | 3/2/20 | Deposition of Mysael Navarro [Invoice #4186087] | $485.60 - $29.10 = **$456.50** [Check #013708] |
|  | B.2 | 2/14/20 | 3/2/20 | Deposition of Kamicha Ferguson and Martine Saint-Aime [Invoice #4194664] | $958.30 - $31.30 = **$927.00** [Check #013709] |
|  | B.3 | 7/20/20 | 7/27/20 | Deposition of Katy Alonso Morejon [Invoice #20-720-69] | $920.00 [Check #013588] |
|  | B.4 | 7/28/20 | 7/28/20 | Deposition of Katy Alonso Morejon and Jany Leidy Alonso Morejon [Invoice #20-720-77] | $1,150.00 [Check #013598] |
|  | B.5 | 8/14/20 | 8/17/20 | Deposition of Annette Fornos, M.D. [Invoice #20-814-82] | $1,515.00 [Check #013604] |

|  | B.6 | 8/19/20 | 8/31/20 | Deposition of Jany Leidy Alonso Morejon [Invoice #20-819-83] | $2,195.00 [Check #10078] |
|---|---|---|---|---|---|
|  | B.7 | 8/31/20 | 8/31/20 | Deposition of Nani Solares [Invoice #20-831-86] | $3,200.00 [Check #10077] |
|  | B.8 | 9/2/20 | 6/8/21 | Deposition of Amanda Ortiz [Invoice #20-92-89] | $1,180.00 [Check #013705] |
|  | B.9 | 9/2/20 | 6/8/21 | Deposition of Katy Alonso Morejon [Invoice #20-92-90] | $1,250.00 [Check #013705] |
|  | B.10 | 9/8/20 | 9/18/20 | Deposition of Amanda Ortiz [Invoice #20-98-91] | $1,355.00 [Check #013619] |
|  | B.11 | 9/10/20 | 9/18/20 | Deposition of Fe Morejon Fernandez [Invoice #20-91093] | $850.00 [Check #013616] |
|  | B.12 | 9/16/20 | 9/18/20 | Deposition of Carlos A. Alonso Cano [Invoice #20-916-95] | $930.00 [Check #013617] |
|  | B.13 | 9/24/20 | 10/5/20 | Deposition of Fe Morejon Fernandez [Invoice #20-924-99] | $250.00 [Check #013625] |
|  | B.14 | 9/29/20 | 10/5/20 | Deposition of Molly Smeal, Au.D. [Invoice #20-929-101] | $645.00 [Check #013623] |
|  | B.15 | 10/5/20 | 10/14/20 | Deposition of Carlos A. Alonso Cano [Invoice #20-105-103] | $1,345.00 [Check #013630] |
|  | B.16 | 10/12/20 | 10/14/20 | Deposition of Fe Morejon Fernandez [Invoice #20-1012-105] | $1,585.00 [Check #013629] |
| $19,753.50 - $150.00 [Reimbursement from ALONSO] = **$19,603.50** ||||||

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Witness Fees** | C.1 | n/a | 1/27/20 | Excellent Home Care Givers, Inc. | $45.00 [Check #013512] |
|  | C.2 | n/a | 1/27/20 | Agency for Persons with Disabilities | $45.00 [Check #013513] |
|  | C.3 | n/a | 7/27/20 | Amanda Ortiz | $45.00 [Check #013589] |
|  | C.4 | n/a | 8/17/20 | Nani Solares | $902.50 - $862.50 = **$40.00** [Check #013603] |
|  |  |  |  |  | **$175.00** |

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Copies** | D.1 | 1/23/20 | 2/12/20 | Excellent Home Care Givers, Inc. | $78.30 [Check #013518] |
|  | D.2 | 2/12/20 | 2/20/20 | Agency for Persons with Disabilities | $156.75 [Check #013521] |
|  | D.3 | 3/30/20 | 4/7/20 | Sharecare Health Data Services, LLC [Invoice #576212] | $197.15 [Check #013544] |
|  | D.4 | 3/30/20 | 4/7/20 | Sharecare Health Data Services, LLC [Invoice #576211] | $116.15 [Check #013543] |

|  | D.5 | 4/6/20 | 4/7/20 | City of Hialeah | $34.31 [Check #013545] |
|---|---|---|---|---|---|
|  | D.6 | 5/21/20 | 6/1/20 | Sharecare Health Data Services, LLC [Invoice #721537] | $157.15 [Check #013571] |
|  | D.7 | 8/12/20 | 8/31/20 | CAN Community Health | $34.00 [Check #10080] |
|  |  |  |  |  | **$773.81** |

|  | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Interpreter** | E.1 | 8/25/20 | 8/31/20 | Deposition of Amanda Ortiz [Invoice #20-0825-01] | $1,350.00 [Check #10082] |
|  | E.2 | 9/8/20 | 9/17/20 | Deposition of Fe Morejon Fernandez [Invoice #20-0908-03] | $630.00 [Check #013612] |
|  | E.3 | 9/9/20 | 9/17/20 | Deposition of Fe Morejon Fernandez [Invoice #20-0909-02] | $360.00 [Check #013612] |
|  | E.4 | 9/11/20 | 9/17/20 | Deposition of Carlos A. Alonso Cano [Invoice #20-0911-02] | $1,080.00 [Check #013612] |
|  | E.5 | 9/22/20 | 2/2/21 | Deposition of Fe Morejon Fernandez [Invoice #20-0922-06] | $300.00 [Check #013667] |
|  |  |  |  |  | **$3,720.00** |

|  |  |
|---|---|
| **Total Costs:** | **$26,002.31** |

# COSTS INCURRED POST-PETITION

**COSTS INCURRED POST PETITION**

| | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Subpoenas** | A.22 | 5/3/23 | 5/26/23 | Gladys Alonso, M.D. [Invoice #JDA-2023001251] | $54.95 [Visa] |
| | A.23 | 5/4/23 | 5/26/23 | Kamicha Ferguson [Invoice #JDA-2023001261] | $130.33 - $65.33= **$65.00** [Visa] |
| | A.24 | 5/11/23 | 5/26/23 | Amanda Ortiz [Invoice #JDA-2023001252] | $55.33 [Visa] |
| | A.25 | 5/19/23 | 5/26/23 | Adoniram Vargas [Invoice #JDA-2023001250] | $54.95 [Visa] |
| | A.26 | 5/30/23 | 7/19/23 | Annette Fornos, M.D. [Invoice #JDA-2023001604] | $104.00 - $39.00 = **$65.00** [Visa] |
| | | | | | **$295.23** |

| | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Court Reporter** | B.17 | 7/10/23 | 7/10/23 | Trial [Invoice #20231727] | $646.14 [Visa] |
| | B.18 | 7/12/23 | 7/17/23 | Trial [Invoice #180] | $2,449.20 [Zelle and Check #013889] |
| | B.19 | 7/21/23 | 7/24/23 | Trial [Invoice #14992] | $812.52 [Venmo and Check #13893] |
| | | | | | **$3,907.86** |

| | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Witness Fees** | C.5 | 5/3/23 | 5/26/23 | Gladys Alonso, M.D. [Invoice #JDA-2023001251] | $45.00 [Visa] |
| | C.6 | 5/4/23 | 5/26/23 | Kamicha Ferguson [Invoice #JDA-2023001261] | $45.00 [Visa] |
| | C.7 | 5/11/23 | 5/26/23 | Amanda Ortiz [Invoice #JDA-2023001252] | $45.00 [Visa] |
| | C.8 | 5/30/23 | 7/19/23 | Annette Fornos, M.D. [Invoice #JDA-2023001604] | $45.00 [Visa] |
| | | | | | **$180.00** |

| | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Copies** | D.8 | n/a | 5/23/23 | Certified Copies of Complaints to be Judicially Noticed | $10.00 [Visa] |
| | D.9 | n/a | 5/28/23 | FedEx Exhibits [Order #20104005222526921] | $573.85 [Visa] |
| | D.10 | n/a | 5/28/23 | FedEx Exhibits [Order #2010526559496063] | $678.69 [Visa] |
| | D.11 | n/a | 5/28/23 | FedEx Transcripts and Color Photographs [Order #2010461430608613] | $1,618.96 [Visa] |
| | D.12 | n/a | 6/27/23 | Copies of Exhibit 6G | $22.00 - $11.00 = **$11.00** [Visa] |
| | | | | | **$2,892.50** |

| | Tab | Invoice Date | Check Date | Description | Amount |
|---|---|---|---|---|---|
| **Interpreter** | E.6 | 6/6/23 | 7/25/23 | Trial [Invoice #23-0606-03] | $2,320.00 |
| | E.7 | 6/20/23 | 7/25/2023 | Trial [Invoice #23-0620-02] | $3,040.00 |
| | | | | | **$5,360.00** |

| Total Costs: | $12,635.59 |
|---|---|

Page **3** of **3**