UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                         CASE NO.:  21-19589-LMI
                                               Chapter 13
CARLOS ALBERTO ALONSO CANO,

      Debtor.
_____/

## MOTION FOR CLARIFICATION OF THE AUTOMATIC STAY REGARDING POST-PETITON FEES AWARDED AS SANCTIONS

Creditor, **245 C & C, LLC**, through undersigned counsel, pursuant to 11 U.S.C. § 362, is seeking Clarification of the Automatic Stay Regarding Post-Petition Fees Awarded as Sanctions and states as follows:

1. The Debtor, on behalf of himself and behalf of other family members, is listed as a Plaintiff in a fair housing volition case, styled Carlos A. Alonso Cano v. 245 C&C, LLC and CFH Group, LLC, case number 1:19-cv-21826-JAL, U.S. District Court for the Southern District of Florida (the "District Case").

2. The Debtor and his co-plaintiffs have since appealed the decision in the District Case to the Eleventh Circuit Court of Appeals in Case Number 23-12413 (the "Appeals Case").

3. On July 23, 2024, the Eleventh Circuit issued an Order awarding the Creditor $21,119 in Attorney's fees, payable jointly and severally by the Debtor and the other co-plaintiffs.

4. Copies of the Motion to Determine Fees (the "Fee Motion") and the Order (the "Fee Order") awarding the fees are attached to this motion.

5.Page 10 of the Fee Motion contains time records with the earliest entry being February 26, 2024, thus all of the fees awarded are as a result of post-petition litigation defense.

6.Earlier in this case, the Court entered an Order at DE #23 which included a provision that collection of post-petition fees would require coming back to this Court for further consideration.

7.The Creditor desires to collect on the Fee Order so it is seeking a determination that there is no stay in effect regarding the Fee Order with respect to the Debtor or any of the Debtor's co-plaintiffs[1] as it is entirely for post-petition fees.

**WHEREFORE**, the Creditor respectfully requests this Court issue an order clarifying the if the Automatic Stay applies to the order for fees issued by the Eleventh Circuit and if not then issue an Order determining that there is no stay in effect regarding the Fee Order with respect to the Debtor or any of the Debtor's co-plaintiffs as it is entirely for post-petition fees to allow for immediate collection efforts.

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

---

[1] While the case style in the attached pleadings refer to minor daughters, based on information and belief, the daughters are no longer minors.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 27th day of August, 2024 via electronic service through **CM/ECF** to Patrick L Cordero, Esq on behalf of Debtor Carlos Alberto Alonso Cano at ecfmail@pcorderolaw.com, r93260@notify.bestcase.com, to Nancy K. Neidich at e2c8f01@ch13miami.com, ecf2@ch13miami.com, and to the Office of the US Trustee at USTPRegion21.MM.ECF@usdoj.gov.

        Advantage Law Group, P.A.
        Attorney for Creditor 245 C & C, LLC
        950 S. Pine Island Road, Suite A140
        Plantation, FL 33324

        By:___*/s/David Savitt*_____
            David Savitt, Esq.
            Florida Bar No.: 57081
            davsav@gmail.com