# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 23, 2024

Stanley Kiszkiel
Stanley Kiszkiel, PA
10731 SW 29 PL
DAVIE, FL 33328

Leslie W. Langbein
Langbein & Langbein, PA
8004 NW 154TH ST PMB 353
MIAMI LAKES, FL 33016

Appeal Number: 23-12413-FF ; 23-13392 -FF
Case Style: Carlos Alonso Cano, et al v. 245 C&C, LLC, et al
District Court Docket No: 1:19-cv-21826-JAL

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:              404-335-6122
Case Administration:    404-335-6135      Capital Cases:                    404-335-6200
CM/ECF Help Desk:       404-335-6125      Cases Set for Oral Argument:      404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-12413, 23-13392

_____

CARLOS A. ALONSO CANO,
as next friend of his minor daughters
Katy Alonso Morejon and Jany Leidy Alonso Morejon,
FE MOREJON FERNANDEZ,

                                                    Plaintiffs-Appellants,

JANY L. ALONSO,

                                                    Interested Party-Appellant,

*versus*

245 C&C, LLC,
CFH GROUP, LLC,

                                                    Defendants-Appellees.

2                              Order of the Court                          23-12413

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-21826-JAL

_____

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

BY THE COURT:

    We GRANT the Defendants-Appellees' motion to determine the amount of fees to be awarded as sanctions. Plaintiffs-Appellants do not dispute the lodestar amount proposed by the Defendants-Appellees. And because we find that amount to be reasonable, we award the Defendants-Appellees $21,195 in attorney's fees. The fee award is payable jointly and severally by the Plaintiffs-Appellants to the Defendants-Appellees.